**Opinion issued December 16, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00765-CV

———————————

## IN RE SUNBELT RENTALS, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

#### MEMORANDUM OPINION

Relator, Sunbelt Rentals, Inc., has filed a petition for a writ of mandamus, challenging the trial court's orders requiring relator to respond to discovery requests and ordering the deposition of relator's claims and insurance manager.[1] Real party in interest, Julie Rogers as next friend for Dalton Rogers, a minor, has

---

[1] The underlying case is *Julie Rogers, as Next Friend of Dalton Rogers, a Minor v. Sunbelt Rentals, Inc. and Cody Fox, Individually*, Cause No. 2013-65334, in the 151st District Court of Harris County, Texas, the Honorable Michael Engelhart presiding.

filed a motion to dismiss the petition as moot. On November 17, 2014, the trial court signed an order vacating the orders underlying this mandamus proceeding. Accordingly, the petition is moot. *See In re Becker*, No. 01-10-00917-CV, 2011 WL 1588520, at *1 (Tex. App.—Houston [1st Dist.] Apr. 21, 2011, orig. proceeding) (mem. op.) (citing *In re Campbell*, 106 S.W.3d 788, 788 (Tex. App.—Texarkana 2003, orig. proceeding)).

We grant the motion to dismiss and dismiss the petition for writ of mandamus as moot. We dismiss all other pending motions as moot. Finally, we vacate our stay order, issued on September 16, 2014.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Massengale.